**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000045
28-FEB-2025
08:17 AM
Dkt. 71 ODMR**

NO. CAAP-24-0000045

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CELESTE M. GONSALVES, Plaintiff-Appellant, v.
NAVIAN HAWAII - CHRISTY EDMONDS,
as Director of Clinical Operations, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-23-0001666)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Celeste M. Gonsalves's (**Gonsalves**) February 24, 2025 Motion to Reinstate Appeal After Stipulated Order (**Motion**), the papers in support, and the record, it appears that Gonsalves seeks reconsideration of the January 6, 2025 Order Approving Stipulation to Dismiss Appeal; however, a motion for reconsideration of the January 6, 2025 order was due on or before January 16, 2025. See Hawaiʻi Rules of Appellate Procedure Rule 40(a).

Therefore, IT IS HEREBY ORDERED that the Motion, construed as a motion for reconsideration, is dismissed as untimely.

DATED: Honolulu, Hawaiʻi, February 28, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge